■ BRADFORD N. SWETT, Respondent, v CARNATION PLASTICS, INC., Appellant. [604 NYS2d 717] —Order, Supreme Court, New York County (Stephen G. Crane, J.), entered March 2, 1993, unanimously affirmed for the reasons stated by Crane, J., and judgment of the same court entered March 12, 1993, unanimously affirmed, both without costs and without disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin and Kassal, JJ.